BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00155-KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER <br> ) CONTINUING ARRAIGNMENT DATE |
| GUSTAVO PONCE RAMIREZ, | ) |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on August 7, 2015.
2. The parties are currently negotiating resolution of this matter. As part of this negotiated resolution, the defendant has agreed to waive his right to indictment.
3. On July 31, 2015, the United States filed an Information in this matter, obviating the need for a preliminary hearing.

4. By this Stipulation, the parties now move to continue the Arraignment until August 17, 2015, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: August 3, 2015        /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: August 3, 2015        /s/ Lexi Negin
                             LEXI NEGIN
                             Attorney for Gustavo Ponce Ramirez
                             (as authorized on July 31, 2015)

### ORDER

IT IS SO FOUND AND ORDERED, this 3rd day of August, 2015.

Dated:  August 3, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
ramirez0155.stipo.conti.PX